NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANTHONY KATSOUROS,**
*Petitioner*

v.

**OFFICE OF THE ARCHITECT OF THE CAPITOL, OFFICE OF COMPLIANCE,**
*Respondents*

---

2014-6001

---

Petition for review of a decision of the Board of Directors of the Office of Compliance in No. 09-AC-10.

---

**JUDGMENT**

---

JEFFREY HOWARD LEIB, Washington, DC, argued for petitioner.

IMRAN RAZA ZAIDI, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, argued for respondent Office of the Architect of the Capitol. Also represented by STUART F. DELERY and MARLEIGH D. DOVER.

JOHN UELMEN, Office of the General Counsel, Office of Compliance, Washington, DC, argued for respondent Office of Compliance. Also represented by AMY VICTORIA DUNNING.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, CLEVENGER, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| February 10, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |